### Nick LAMPSON, Jefferson County Tax Assessor-Collector

v.

### SOUTH PARK INDEPENDENT SCHOOL DISTRICT.

C–4763.

Supreme Court of Texas.

Oct. 7, 1987.

Joint motion of the parties filed herein on September 25, 1987 having been duly considered, it is ordered that the joint motion be, and hereby is, granted.

The petitioner's application for writ of error having previously been granted on February 11, 1987, the judgments of the courts below are set aside and the cause is remanded to the trial court pursuant to the

agreement and joint motion of the parties. (698 S.W.2d 407).